# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                          **Case Number**   12–31858–KLP
                                                     **Chapter**   13

John Patrick Shea
Kasey Michelle Shea

                                  Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

    In order to receive a discharge, you <u>must</u>

        Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 as required by Local Bankruptcy Rule 4008–2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

    The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, or $160,375 if the case was filed on or after April 1, 2016, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:  March 22, 2017                                William C. Redden , Clerk
                                                                           United States Bankruptcy Court

[ntcLBRvApril2016.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 12-31858-KLP
John Patrick Shea                                                     Chapter 13
Kasey Michelle Shea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn           Page 1 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: nt400815         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
```
db/jdb         +John Patrick Shea,   Kasey Michelle Shea,   3218 Ellenbrook Drive,   Chester, VA 23831-7168
11055514       +Bank of America,   Attn: NC4105-03-14,   P.O. Box 26012,   Greensboro, NC 27420-6012
12718541       +Bank of America, N.A.,   c/o Bankruptcy Department,   Mail Stop CA6-919-01-23,
                 400 National Way,   Simi Valley, CA 93065-6414
11134608       +Bank of America, N.A.,   c/o Melissa M. Watson Goode, Esq.,
                 Glasser & Glasser, P.L.C., Crown Center,   Suite 600, 580 E. Main Street,
                 Norfolk, VA 23510-2322
11055515      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Citibank USA,   Centralized Bankruptcy,   P.O. Box 20507,
                 Kansas City, MO 64195-0507)
11217624       +Edfinancial on behalf of US Department of Educatio,   120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
11133215        FIA CARD SERVICES, N.A., as success. to,   Bank of America, NA and MBNA America Ban,
                 PO Box 15102,   Wilmington, DE 19886-5102
11055518       +Glasser and Glasser, P.L.C.,   580 East Main St., Ste. 600,   P.O. Box 3400,
                 Norfolk, VA 23514-3400
11055519        Lafayette, Ayers & Whitlock,   1010 Staples Mill Road, Suite,   Glen Allen, VA 23060-0000
11055521        Parrish & Lebar, LLP,   5 E Franklin St,   Richmond, VA 23219-2105
11055522       +Richmond Gastroenterology Asso,   107 Wadsworth Drive,   Richmond, VA 23236-4521
11055524       +Target National Bank,   Bankruptcy Department,   P.O. Box 9475,   Minneapolis, MN 55440-9475
11055525       +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609
11055526       +WFNNB / Victoria's Secret,   P O Box 182789,   Columbus, OH 43218-2789
11055527        World Financial Network N.B.,   Bankruptcy Department,   P.O. Box 182125,
                 Columbus, OH 43218-2125
11626776        eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11184411       +E-mail/Text: bncmail@w-legal.com Mar 23 2017 02:31:28     BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11055516       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 02:22:25     G.E. Money Bank,
                 Attn: Bankruptcy,   P.O. Box 103106,   Roswell, GA 30076-9106
11161045        E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 02:21:52     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
11055517       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 02:21:52     GE Credit/Ashley Furniture,
                 P.o. Box 965036,   Orlando, FL 32896-5036
11213331       +E-mail/Text: bncmail@w-legal.com Mar 23 2017 02:31:34
                 Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
11055520       +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 23 2017 02:32:18     Navy Federal Credit Union,
                 Attn: Bankruptcy,   P.O. Box 3000,   Merrifield, VA 22119-3000
11065372       +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 23 2017 02:32:18     Navy Federal Credit Union,
                 PO Box 3000,   Merrifield, VA 22119-3000
11159710        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 02:31:12
                 Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
11466981        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 02:31:12
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
11519176       +E-mail/PDF: pa_dc_claims@navient.com Mar 23 2017 02:21:38     SLM PC Trust,
                 C/O Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1430
11055523       +E-mail/PDF: pa_dc_claims@navient.com Mar 23 2017 02:22:31     Sallie Mae,   Po Box 9500,
                 Wilkes-barre, PA 18773-9500
11137687       +E-mail/Text: bncmail@w-legal.com Mar 23 2017 02:31:28     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Bank of America, N.A., successor by merger to BAC
cr*            +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
cr*             eCAST Settlement Corporation,   POB 29262,   New York, NY  10087-9262
11245747*      +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                               TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: baumgartn            Page 2 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: nt400815          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Jason Meyer Krumbein    on behalf of Debtor John Patrick Shea jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Joint Debtor Kasey Michelle Shea jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Melissa M. Watson Goode    on behalf of Creditor   Bank of America, N.A., successor by merger to
               BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP pjmecf@glasserlaw.com,
               mgoode@glasserlaw.com
              Melissa M. Watson Goode    on behalf of Creditor   Bank of America, N.A. pjmecf@glasserlaw.com,
               mgoode@glasserlaw.com
              Robyn Danielle Pepin    on behalf of Creditor   Bank of America, N.A. rpepin@glasserlaw.com,
               pjmecf@glasserlaw.com
              Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com,
               station15@richchap13.com
                                                                                             TOTAL: 7
```